JAN - 3 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR 0039-DMS |
| Plaintiff, | ) | |
| | ) | I N F O R M A T I O N |
| v. | ) | |
| | ) | Title 18, U.S.C., |
| | ) | Sec. 1324(a)(1)(A)(ii) - |
| EVERARDO JOEL | ) | Transportation of Illegal |
|     CONTRERAS GONZALEZ, | ) | Aliens; Title 18, U.S.C., |
|   aka Ramon Noah Ayala, | ) | Sec. 1544 - Misuse of a |
| | ) | Passport (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about December 5, 2007, within the Southern District of California, defendant EVERARDO JOEL CONTRERAS GONZALEZ with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Gonzalez Reyes, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//

WDK:pcf(bt):San Diego
12/18/07

<u>Count 2</u>

On or about December 5, 2007, within the Southern District of California, defendant EVERARDO JOEL CONTRERAS GONZALEZ, did willfully and knowingly use passport No. 401704944, issued under the authority of the United States, to Ramon Noah Ayala, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: 1/3/08.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney