AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

EVERARDO JOEL CONTRERAS GONZALEZ
            aka Ramon Noah Ayala

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 0039-DMS

I, EVERARDO JOEL CONTRERAS GONZALEZ, aka Ramon Noah Ayala the above named defendant, who is accused of:

Count 1: Title 18, U.S.C., Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens (Felony)

Count 2: Title 18, U.S.C., Sec. 1544 - Misuse of a Passport (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.



FILED
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

_EVERARDO CONTRERAS G._
Defendant

_____
Counsel for Defendant

Before _____
      JUDICIAL OFFICER